862 A.2d 583

Matthew HARRIS, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Nov. 15, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of November, 2004, the above captioned appeal is quashed for failure to file a brief.